## JONES v. STATE.
### No. 26838.

Court of Criminal Appeals of Texas.

Feb. 17, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

Appellant was convicted as a second offender for a violation of the liquor law in Lubbock County, and her punishment was assessed at a fine of $500.

All matters of procedure appear regular. The record is before us without a statement of facts or bills of exception in the absence of which no question is presented for review.

The judgment of the trial court is affirmed.